# United States Court of Appeals
## For the First Circuit

No. 24-1619

JAMES DOE, individually and as Natural Parent and Next Friend of John Doe; JANE DOE, individually and as Natural Parent and Next Friend of John Doe,

Plaintiffs - Appellees,

v.

RHODE ISLAND INTERSCHOLASTIC LEAGUE,

Defendant - Appellant.

**MANDATE**

Entered: June 9, 2025

In accordance with the judgment of May 16, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. William E. Smith
Hanorah Tyer-Witek, Clerk, United States District Court for the District of Rhode Island
Jessica M. Savino
Amy B. Yarbro
Robert Clark Corrente
Kevin William Stone Jr.
Mark C. Hadden
Erika L. Giroux
Scott R. Eldridge
Bennett Cohen
James A. Ruggieri