UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES DOE AND JANE DOE,
Individually, and as Natural Parents
and Next Friends of JOHN DOE,

    Plaintiffs,

       v.                         CA No. 23-cv-00414-MRD-AEM

RHODE ISLAND INTERSCHOLASTIC
LEAGUE,

    Defendant.

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered.  Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to the Text Order entered on August 20, 2025, and in accordance with Fed. R. Civ. P. 58, judgment is entered in favor of Defendant Rhode Island Interscholastic League and against the Plaintiffs James Doe and Jane Doe, Individually, and as Natural Parents and Next Friends of John Doe.

It is so ordered.

August 20, 2025                    By the Court:

                                      /s/ Melissa R. DuBose

                                      U.S. District Judge